EDWARD I. ACKERBAUM, Appellant, *v.* GRACELYNE FASHIONS, INC., et al., Defendants, and JOROCO SILK CORPORATION, Defendant-Respondent.

Argued October 11, 1944; decided November 22, 1944.

*Herman Mendes* for appellant.

*Gustave B. Garfield* and *Jacob Meadow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.